**William Adkins and Fred W. Miller, Appellants, v. Lorene Williams, Defendant. Imogene Fehrenbacher et al., Appellees.**

Term No. 4601.

opinion filed January 20, 1947; released for publication February 20, 1947. Albert E. Isley, for appellants; Wham & Wham and Dale Wilson, for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.